IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Cofoid, ) | CV-13-1941-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Credit Solutions Corporation; and DECA Financial Services, LLC, ) | |
| Defendants. ) | |

The Court has received Plaintiff's Notice of Pending Settlement, doc. 17, indicating Plaintiff and Defendants have reached a settlement of all claims in this action and the parties will be filing a stipulation of dismissal. No date was provided for the stipulation's filing.

On the Court's own motion,

**IT IS ORDERED** that the parties shall finalize the settlement papers and submit a Stipulation for Dismissal and separate order on or before **Friday, December 20, 2013**. If the parties are unable to comply with this Order by timely submitting such a stipulation, then the parties shall submit a Joint Status Report on or before the deadline, explaining why additional time is necessary to finalize this matter. Absent good cause shown, the failure to timely file a Status Report may result in the dismissal of this case without prejudice.

**IT IS FURTHER ORDERED** that Defendant DECA Financial Services, LLC's Motion for Extension of Time to Answer, doc. 15, is **DENIED** without prejudice as moot.

/ / /

/ / /

1  No default will be entered against Defendant DECA Financial Services, LLC without written
2  notice to its counsel.
3     **IT IS FURTHER ORDERED discharging** the Court's Order to Show Cause issued
4  November 14, 2013.
5     DATED this 25th day of November, 2013.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge